

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:24CR 00176 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 1349 |
| | ) | 18 U.S.C. § 1343 |
| TREASA COLLINS and | ) | 18 U.S.C. § 641 |
| BRITTANY COLLINS | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. Introduction

At all times material to this Indictment:

1. The U.S. Department of Veterans Affairs (VA) is a cabinet level department of the Federal government whose mission is to care for U.S. military veterans and their dependents. In furtherance of this mission, VA runs the largest hospital system in the U.S., as well as administering a wide range of financial benefit programs.

2. The VA provides both medical benefits and monetary compensation benefits to veterans of the United States who incurred injury while in service with the US Armed Services. Compensation is based on the level and severity of the service-connected injury and the monetary amount is set by Congressional mandate. Basic eligibility for health care benefits is any person who served in the active military, naval, or air service and who was discharged or released under conditions other than dishonorable may qualify. Reservists and National Guard members may also qualify for VA health care benefits if they were called to active duty (other than for

training only) by a Federal order and completed the full period for which they were called or ordered to active duty.

3. Disability compensation is a benefit paid to a veteran because of injuries or diseases that happened while on active duty or were made worse by active military service.

4. Shannon and TREASA COLLINS were married.

5. Beginning on or about May 27, 2015, Shannon Collins began receiving disability compensation benefits from the VA.

6. On or about March 11, 2021, Shannon Collins traveled from Tennessee to his residence in Pottsville, Arkansas.

7. Since March 12, 2021, Shannon Collins has had no contact with his immediate family, has not attended any physician appointments, and has not opened or used any financial accounts.

8. From March 12, 2021, through December 27, 2021, a total of $32,434.49 in VA disability compensation benefits were deposited into Arkansas Federal Credit Union (AFCU) account ending in 1221, listing an address in Pottsville, Arkansas, located in the Eastern District of Arkansas.

9. VA disability compensation benefit payments originate outside the State of Arkansas.

10. AFCU account ending in 1221 was in the name of Shannon Collins and TREASA COLLINS, and TREASA COLLINS had access to the account.

11. Had the VA known that Shannon Collins was deceased, it would not have paid the $32,434.49 in VA disability compensation benefits to AFCU account ending in 1221.

B.  The Charge

From on or about March 12, 2021, through in or about January 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

TREASA COLLINS and
BRITTANY COLLINS,

voluntarily and intentionally conspired with each other to commit wire fraud, that is, devising, intending to devise, and participating in a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme, knowingly caused to be transmitted by means of wire communication in interstate commerce, writings, signs, and signals, as set forth in Counts 2 through 11, in violation of Title 18, United States Code, Section 1343.

C.  Manner and Means

As part of the conspiracy, and in furtherance thereof, the co-conspirators took certain actions, including, but not limited to:

1. On or about March 12, 2021, TREASA COLLINS contacted AT&T in an attempt to unlock the cellular phone used by Shannon Collins assigned phone number ending in 9554.

2. On or about March 13, 2021, TREASA COLLINS withdrew $200 in cash from Chambers Bank and purchased a cellular phone with cash from a Wal-Mart in Dardanelle, Arkansas, assigned phone number ending in 5106.

3. From on or about March 13, 2021, through in or about November 2021, TREASA COLLINS used the cellular phone assigned phone number ending in 5106 to send text messages purportedly from Shannon Collins, including:

a. On or about March 13, 2021, TREASA COLLINS sent a text message to her own phone from phone number ending in 5106, purportedly from Shannon Collins, stating, "Thank you for talking with me today. I picked up a cheap phone till I get mine back. This is my temp #."

b. On or about April 16, 2021, TREASA COLLINS sent a text message from the phone number ending in 5106, purportedly from Shannon Collins, to her son falsely representing that Shannon Collins was in a "va program."

c. On or about April 16, 2021, TREASA COLLINS sent a text message to her own phone from the phone number ending in 5106, purportedly from Shannon Collins, stating, in part, "I have not needed to pull anything out of our joint accounts. I know you will spend wisely so you will be able to keep the bills paid. I trust you and know you want to keep the house for [their son] at least till he leaves next year. We will talk more about that alter [sic]."

d. On May 25, 2021, TREASA COLLINS sent a text message to her own phone from the phone number ending in 5106, purportedly from Shannon Collins, stating, in part, "I am thinking of signing up for a two year contract to work overseas as a contractor. I would be gone the entire two years and maybe longer. . . . I plan on leaving the center that I am at in July. I would leave in August if I am approved to go. I will leave the money coming to the bank like it is now but I will keep all the contract money. So that way we will both be okay."

4. On or about April 7, 2021, TREASA COLLINS falsely told Shannon Collins's sister that Shannon Collins "is working on building his business so he is traveling a lot."

5. On or about May 15, 2021, TREASA COLLINS falsely represented to Shannon Collins's sister that "the kids talked to [Shannon Collins] this week and I did last week" and that "he does text the kids often."

6. On or about July 13, 2021, BRITTANY COLLINS sent a text message to Shannon Collins's sister falsely confirming that the phone number ending in 9554 is the phone number that Shannon Collins "messages from" stating that Shannon Collins "had gotten a new phone."

7. On or about November 30, 2021, when law enforcement approached TREASA COLLINS about Shannon Collins's whereabouts, she falsely advised law enforcement that since March 12, 2021, Shannon Collins had been calling and texting her from the phone number ending in 5106, that Shannon Collins told her that he hitched a ride and accidentally left his cellular phone with phone number ending in 9554 in a truck, that he obtained a new phone with a phone number ending in 5106, and that he told her in a phone call that he was working in Mexico.

8. On or about December 28, 2021, BRITTANY COLLINS falsely advised law enforcement that Shannon Collins told her he left his residence with one of his friends on the morning of March 12, 2021, that she had since spoken with Shannon Collins via FaceTime, that the most recent instance when she talked to Shannon Collins via FaceTime was in October 2021, and that she had been in contact with Shannon Collins within the last one to two weeks.

9. From on or about March 12, 2021, through in or about January 2022, TREASA COLLINS received and used, for her personal benefit, the VA disability compensation benefits deposited into AFCU account ending in 1221.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-11

Paragraphs A and C of Count 1 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

From in or around March 12, 2021, to in or around January 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

TREASA COLLINS and
BRITTANY COLLINS,

aiding and abetting one another, and others known and unknown to the Grand Jury, with the intent to defraud, voluntarily and intentionally devised, intended to devise, and participated in a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

### The Wires

On or about the dates listed below, in the Eastern District of Arkansas and elsewhere, the defendants, for the purpose of executing and attempting to execute the scheme and artifice to defraud, caused to be transmitted by means of wire communication in interstate commerce, the writings, signs, signals, pictures, and sounds described below for the purpose of executing such scheme or artifice:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 2 | 3/29/2021 | Deposit of VA funds in the amount of $3,223.85 into AFCU account ending in 1221 |

| 3 | 4/26/2021 | Deposit of VA funds in the amount of $3,223.85 into AFCU account ending in 1221 |
| 4 | 5/27/2021 | Deposit of VA funds in the amount of $3,223.85 into AFCU account ending in 1221 |
| 5 | 6/28/2021 | Deposit of VA funds in the amount of $3,223.85 into AFCU account ending in 1221 |
| 6 | 7/26/2021 | Deposit of VA funds in the amount of $3,223.85 into AFCU account ending in 1221 |
| 7 | 8/27/2021 | Deposit of VA funds in the amount of $3,223.85 into AFCU account ending in 1221 |
| 8 | 9/27/2021 | Deposit of VA funds in the amount of $3,223.85 into AFCU account ending in 1221 |
| 9 | 10/27/2021 | Deposit of VA funds in the amount of $3,223.85 into AFCU account ending in 1221 |
| 10 | 11/26/2021 | Deposit of VA funds in the amount of $3,223.85 into AFCU account ending in 1221 |
| 11 | 12/27/2021 | Deposit of VA funds in the amount of $3,419.84 into AFCU account ending in 1221 |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS 12-21

On or about the dates set forth below, in the Eastern District of Arkansas and elsewhere, the defendant,

TREASA COLLINS,

voluntarily, intentionally, and knowingly embezzled, stole, purloined, and converted to her use money with a value exceeding $1,000 belonging to the United States Department of Veterans Affairs, as follows:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 12 | 3/29/2021 | $3,223.85 in VA funds deposited into AFCU account ending in 1221 |
| 13 | 4/26/2021 | $3,223.85 in VA funds deposited into AFCU account ending in 1221 |
| 14 | 5/27/2021 | $3,223.85 in VA funds deposited into AFCU account ending in 1221 |
| 15 | 6/28/2021 | $3,223.85 in VA funds deposited into AFCU account ending in 1221 |

| 16 | 7/26/2021 | $3,223.85 in VA funds deposited into AFCU account ending in 1221 |
| 17 | 8/27/2021 | $3,223.85 in VA funds deposited into AFCU account ending in 1221 |
| 18 | 9/27/2021 | $3,223.85 in VA funds deposited into AFCU account ending in 1221 |
| 19 | 10/27/2021 | $3,223.85 in VA funds deposited into AFCU account ending in 1221 |
| 20 | 11/26/2021 | $3,223.85 in VA funds deposited into AFCU account ending in 1221 |
| 21 | 12/27/2021 | $3,419.84 in VA funds deposited into AFCU account ending in 1221 |

All in violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATION

Upon conviction of Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, or 21 of this Indictment, the defendants, TREASA COLLINS and BRITTANY COLLINS, shall forfeit to the United States, under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

[End of text. Signature page to follow.]

☐ NO TRUE BILL.  ☑ ✓ TRUE BILL.

REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

*[signature]*

By STEPHANIE MAZZANTI
Bar Number 2006298
LIZA JANE BROWN
Bar Number 2004183
Assistant U.S. Attorneys
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Stephanie.Mazzanti@usdoj.gov